NOTE: This order is nonprecedential.

# United States Court of Appeals
# for the Federal Circuit

---

**IN RE: STEVE ELSTER,**

*Appellant*

---

2020-2205

---

Appeal from the United States Patent and Trademark Office, Trademark Trial and Appeal Board in No. 87749230.

---

**SUA SPONTE**

---

Before DYK, TARANTO, and CHEN, *Circuit Judges*.

PER CURIAM.

## O R D E R

Upon consideration of the judgment of the Supreme Court of the United States in *Katherine K. Vidal v. Steven Elster,* No. 22-704,

IT IS ORDERED THAT:

The mandate of this court issued on September 7, 2022, is recalled, the appeal is reinstated, and this court's February 24, 2022, opinion and judgment are vacated. In accordance with the Supreme Court's order, the decision of the Trademark Trial and Appeal Board is affirmed.

FOR THE COURT

July 25, 2024
Date

Jarrett B. Perlow
Clerk of Court